# United States District Court

~~FILED~~

JUN -7 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

MICHAEL WAYNE CATRETT

## CRIMINAL COMPLAINT

CASE NUMBER: 1:06mj54-VPM

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 31, 2006__, in __Coffee__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally attempt to manufacture methamphetamine,
a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __846 & 841(a)(1)__. I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts:
      Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 7, 2006                                  at        Montgomery, Alabama
Date                                                    City and State


Vanzetta Penn McPherson, U. S. Magistrate Judge         _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

## **AFFIDAVIT**

I, Devin L. Whittle, Special Agent of the United States Department of Justice, Drug Enforcement Administration (DEA) being duly sworn, depose and state as follows:

1. Your affiant is a Special Agent with the Drug Enforcement Administration (DEA). I am an investigator or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am currently employed with the United States Drug Enforcement Administration (DEA), and have been so employed for the past ten (10) years. I am currently assigned to the New Orleans Division, the Montgomery District Office. Prior to becoming a Special Agent, I was a Montgomery, Alabama, Police Officer for eight (8) years. I have worked exclusively on narcotics investigations for sixteen (16) years. I have investigated criminal violations of the Federal controlled substance laws, including, but not limited to, investigations involving smuggling of controlled substances, distribution of controlled substances in violation of Title 21, United States Code,

Section 841; and laundering of the proceeds derived from the sale of controlled substances. This affidavit is submitted for the purpose of establishing probable cause for a complaint against Michael Wayne CATRETT.

3. On May 16, 2006, agents of the Alabama Bureau of Investigation (ABI), the Alcohol Beverage Control (ABC) and the Coffee County Sheriff's Department received information from a reliable confidential source, hereafter referred to as CS#1. CS#1 has provided true and accurate information to law enforcement officials in the past. Agents who have had contact with CS#1 have no reasons to believe that CS#1 would provide false or misleading information. CS#1 stated that CS#1 has seen a methamphetamine laboratory being operated by Michael Wayne CATRETT at 1155 County Road 615 in New Brockton, Alabama. Further, CS#1 stated that he/she observed several firearms at 1155 County Road 615 including machine guns and law rockets. CS#1 further stated that he/she observed Michael Wayne CATRETT fire some of these weapons including a law rocket[1]. In addition, CS#1 provided agents with information regarding CATRETT's violet nature. CS#1 stated that he/she has heard CATRETT threaten other individuals with bodily harm.

---

[1] While the affiant does not profess to be an expert in Firearms or Explosives, the affiant has consulted with Special Agent Ed Litaker from the Bureau of Alcohol, Tobacco, Firearms and Explosives. Agent Litaker informed your affiant that a law rocket is a shoulder propelled grenade launcher.

4. On May 22, 2006, Coffee County, Alabama Deputies and ABC agents received information from CS#1 regarding Michael Wayne CATRETT. At the direction of, and under the supervision of, Coffee County Deputies and ABC agents, CS#1 purchased a small amount of methamphetamine from Michael Wayne CATRETT at 1155 County Road 615 in New Brockton, Alabama. CS#1 stated that while he/she was at the compound, he/she observed a "rocket launcher"[2]. CS#1 stated that the methamphetamine laboratory was capable of producing at least ninety eight (98) grams of methamphetamine per cook.

5. Agents of the Alabama Bureau of Investigation (ABI), the Alcohol Beverage Control (ABC) and the Coffee County Sheriff's Department and the Drug Enforcement Administration (DEA) have determined that Michael Wayne CATRETT has been arrested on several weapons possession and assault charges. On March 19, 1984, CATRETT was arrested in Panama City, Florida for caring a concealed weapon and was later convicted of this charge. In addition, CATRETT had two prior drug arrests. The latest drug arrest lead to CATRETT receiving a deferred prosecution. Further, agents learned that CATRETT's has had two urinalysis that were positive for illegal drugs. These urinalysis were performed by his probation officer.

---

[2] It is your affiant's understanding that CS#1 uses the terms "rocket launcher" and laws rocket interchangeably and that both mean a shoulder propelled grenade launcher.

6.  On May 31, 2006, agents of the Alabama Bureau of Investigation (ABI) arrested Michael Wayne CATRETT on State drug charges originating from the sell of methamphetamine to CS#1 on May 22, 2006. This arrest occurred at CATRETT's probation officer's office.

7.  On May 31, 2006, following the arrest of Michael Wayne CATRETT, agents of the Alabama Bureau of Investigation (ABI), the Alcohol Beverage Control (ABC) and the Coffee County Sheriff's Department executed a State of Alabama search warrant at 1155 County Road 615 in New Brockton, Alabama. During the search, agents located an active methamphetamine laboratory containing approximately 1,310 milliliters of meth oil. This meth oil was field tested by Coffee County Deputy Neil Bradley and the test was positive for methamphetamine. According to chemist at the DEA laboratory in Dallas, Texas, 1,310 milliliters of meth oil with 50% purity is capable of producing approximately 491 grams of methamphetamine. Agents found chemistry glassware equipment and flasks used for cooking methamphetamine. Further, some of the glassware was three (3) triple necked round bottom flasks. Possession of this type flask is a violation of 21 USC 843 C (a) 6. Further, agents located several surveillance cameras and monitors. Agents located several pieces of drug paraphernalia and two set of digital scales and one set of triple beam scales. Agents also

located seven firearms, two of which the serial numbers had been removed.

8. Based on the forgoing, there is probable cause to believe that CATRETT committed a violation of Title 21, United States Code, Sections 846 and 841(a)(1) in that he did knowingly and intentionally attempt to manufacture 50 grams or more of methamphetamine.

_____
DEA Special Agent Devin Whittle

Sworn to and subscribed before me this the 7th day of June, 2006.

_____
Vanzetta Penn McPherson
United States Magistrate Judge