# United States District Court

FILED
JUN - 7 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

MICHAEL WAYNE CATRETT

WARRANT FOR ARREST

CASE NUMBER: 1:06mj54-VPM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Michael Wayne Catrett__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally attempt to manufacture methamphetamine,
a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __846 & 841(a)(1)__

VANZETTA PENN MCPHERSON
Name of Issuing Officer

_Vanzetta Penn McPherson_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

June 7, 2006   Montgomery, Alabama
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by_____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest