AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

**MICHAEL WAYNE CATRETT**
Coffee County Jail

## WARRANT FOR ARREST

Case Number:  1:06cr170-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    MICHAEL WAYNE CATRETT _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x  Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

Possession with the Intent to Distribute Methamphetamine (1 Ct)
Possession of Flask to Manufacture A Controlled Substance (1 Ct)
Use and Maintain A Place for the Manufacturing of Methamphetamine (1 Ct)

in violation of Title _____21_____ United States Code, Section(s) _846 and 841(a)(1), 843(a)(6), 856(a)(1)_

DEBRA P. HACKETT _____
Name of Issuing Officer

CLERK _____
Title of Issuing Officer - CLERK

BY: _____
Signature of Issuing Officer

7/13/06 -Montgomery, AL _____
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |