**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 7-26-2006
**DIGITAL RECORDING:** *10:58-11:08 am*
**COURT REPORTER:** ~~#07~~ *IA only*

☐ **ARRAIGNMENT**   ☐ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

**PRESIDING MAG. JUDGE:** DRB        **DEPUTY CLERK:** sql
**CASE NUMBER:** 1:06CR170-WHA    ~~**DEFENDANT NAME:**~~ Michael Wayne CATRETT
**AUSA:** Morris        **DEFENDANT ATTORNEY:**
                  Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
                  ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** (✓)NO; ( )YES    **Name:**

✓ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
☐ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**
☐ **WAIVER OF INDICTMENT executed and filed.**
☐ **INFORMATION filed.**
☐ Juvenile ~~Information filed~~ w/Certificate that State Court refused jurisdiction.
**PLEA:** ~~Not Guilty~~
        ☐ **Guilty as to:**
            ☐ **Count(s):**
            ☐ **Count(s):**        ☐ **dismissed on oral motion of USA**
                              ☐ **to be dismissed at sentencing**
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**
☐ **CRIMINAL TERM:**        ☐ **WAIVER OF SPEEDY TRIAL filed.**
        **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
✓ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ☐ Trial on ~~12-4-06~~; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
            ☐ Defendant requests time to secure new counsel