IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |

**MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, **Michael Wayne Catrett**, by and through undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the September Trial Term to Senior District Judge Albritton's January 2007 Trial Term. In support of this motion, the Defendant would show the following:

1. This case is currently scheduled for trial on September 18, 2006.

2. The deadline for pretrial motions in this case is currently set for August 16, 2006.

3. Based on a preliminary review of the discovery materials provided by the United States on August 1, 2006, Defendant anticipates filing a motion to suppress much of the evidence that Government agents seized from several structures on property located in New Brockton, AL. However, further investigation, including an inspection of the premises at issue, is necessary before a final decision can be made concerning the filing of a motion to suppress.

3. Defendant's counsel will perform military Reserve duty the week of

August 7, 2006, and will be in California the week of August 14, 2006. Due to the time needed to properly investigate the issues that are pertinent to filing a possible motion to suppress and due to the upcoming absence of Defendant's counsel, it is not feasible for Defendant to file any pretrial motions by the current deadline of August 16, 2006. Further, due to the large number of potential witnesses who may be called upon to testify in the trial of this case, as well as the necessity to inspect the numerous pieces of physical evidence that have been seized, Defendant will need additional time to properly prepare this case for trial.

4. Therefore, Defendant contends the ends of justice will be served by the Court continuing his trial to Senior District Judge Albritton's January 2007 Trial Term, and also by the Court rescheduling the deadline for pretrial motions in this case.

5. A *Waiver of Speedy Trial*, pursuant to Title 18 United States Code §3161, is being filed forthwith.

6. The United States, through Assistant United States Attorney Clark Morris, has no opposition to a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 3rd day of August, 2006

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:06cr170-WHA |
| ) | |
| MICHAEL WAYNE CATRETT ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49