IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN</u> DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. <u>1:06CR170-WHA</u> |
| MICHAEL WAYNE CATRETT | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, <u>Michael Wayne Catrett</u>, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

<u>2 August 2006</u>        <u>/s/ Michael Wayne Catrett Sr</u>
DATE                            DEFENDANT

                                <u>/s/ D. W. B_____</u>
                                ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 1:06cr170-WHA |
| ) | |
| MICHAEL WAYNE CATRETT ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49