IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |

ORDER

Upon consideration of the government's *Motion for Order Directing The United States Marshal to Release Custody of Prisoner* (Doc. 102 ), filed on August 8, 2006, and for good cause, it is

**ORDERED** that the motion be and hereby is **GRANTED**. It is further ORDERED that the United States Marshals Service shall release custody of MICHAEL WAYNE CATRETT to Special Agents Devin Whittle and/or Bob Greenwood, from August 9, 2006, through May 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also ORDERED that Special Agents Devin Whittle and/or Bob Greenwood shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this the 8th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

FOR

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE