IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr170-WHA |
| MICHAEL WAYNE CATRETT ) | |

**ORDER**

This case is before the court on the Motion to Continue (Doc. #100), filed by the Defendant, Michael Wayne Catrett, on August 3, 2006. The Defendant has filed a Waiver of Speedy Trial, and the United States has no objection to the motion.

The court finds that, for the reason that the Defendant is in need of substantial additional time for a thorough investigation in this case in order for counsel to adequately prepare a defense and consider the appropriateness of filing a motion to suppress, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The trial of this case is CONTINUED to the term of court commencing January 8, 2007.

2. The Magistrate Judge is requested to enter an order setting new deadlines appropriate to this new trial date.

DONE this 15th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE