COURTROOM DEPUTY MINUTES     DATE: **AUGUST 30, 2006**
MIDDLE DISTRICT OF ALABAMA
                                                      DIGITAL RECORDING: **11:21 - 11:27**

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:06-CR-170-WHA-DRB**     DEFT. NAME: **MICHAEL W. CATRETT**

USA: **A. CLARK MORRIS**     ATTY: **LESLIE SMITH**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter; NAME: _____

---

- ☐ Kars.    Date of Arrest _____ or ☐ Rule 5 Arrest
- ☐ Kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-        ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.    Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.    Waiver of Preliminary hearing;
- ☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.    **ARRAIGNMENT** SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
-        ✓ Trial Term **1/8/07** ; ☐ **PRETRIAL CONFERENCE DATE:** _____
-        ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**