IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL WAYNE CATRETT, | ) | CR. NO. 1:06-CR-170-WHA |
| PAULA SERETHA CATRETT, | ) | |
| DALE ARNOLD WILLIAMS, | ) | |
| TRINITY AMANDA ROBERTS, | ) | |
| RENATA LYNN MYERS WALLACE, | ) | |
| LINDA SCHALLER CANTELLI, | ) | |
| AMY LYNN REDD LOLLEY, and | ) | |
| CAROL ANN MICHILES | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment, heretofore filed in the above styled cause, and for good cause shown, Superseding Indictment Filed, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE