IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES O F AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.   1:06CR170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:    The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **September 27, 2006** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

MICHAEL WAYNE CATRETT

before the United States District Court at Montgomery, Alabama in **Courtroom 5-A** on the 27TH day of **September, 2006** at **10:00 o'clock a. m**.

   **DONE** this 11th day of September, 2006.

VANZETTA P. MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: _____
   Deputy Clerk

cc:    U.S. Attorney
       U.S. Pretrial Services
       U.S. Probation
       Federal Defenders