# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern   ☒ Southern   ☐ Eastern

HON. Delores R. Boyd                AT Montgomery, Alabama
DATE COMMENCED 9-25-2006    @ 10:01 ☒ a.m. ☐ p.m.
DATE COMPLETED 9-25-2006    @ 11:04 ☒ a.m. ☐ p.m.

CASE NO. 1:06CR170-WHA

UNITED STATES OF AMERICA         vs.    MICHAEL WAYNE CATRETT
Plaintiff(s)                             Defendant(s)

## APPEARANCES

Plaintiff(s)/Government              Defendant(s)
Clark Morris                         Don Bethel

### COURT OFFICIALS PRESENT:
Ctrm Clerk: S. Q. Long, Jr.          Crt Rptr: ___
Law Clerk: ___                       Interpreter: ___
USPO/USPTS: ___                      Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference      ☐ Oral Argument       ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.     ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other ___
☒ Pretrial Conference

Pending Motions: None
Discovery Status: Complete       Plea Status: Plea
Trial Status/Length: 3 Days      Trial Term: 1-8-07