IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.  1:06CR170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |
| PAULA SERETHA CATRETT | ) | |
| DALE ARNOLD WILLIAMS | ) | |
| TRINITY AMANDA ROBERTS | ) | |
| RENATA LYNN MYERS WALLACE | ) | |
| LINDA SCHALLER CANTELLI | ) | |
| AMY LYNN REDD LOLLEY | ) | |
| CAROL ANN MICHILES | ) | |
| ROY DALE WALLACE | ) | |
| JESSICA LUMANAI BRUMAGHIM | ) | |
| SONYA MICHELLE PITTMAN | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a final pretrial conference for all defendants be and is hereby set for **December 15, 2006 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The pretrial conference presently set for December 18, 2006 as to defendants Roy D. Wallace, Jessica L. Brumaghim and Sony M. Pittman before Judge Delores R. Boyd is **RESET** for December 15, 2006, at 1:00 p.m. before the undersigned judge.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 4th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE