COURTROOM DEPUTY MINUTES         DATE: DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDED: 1:20 – 1:24

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR170-WHA-CSC      **DEFENDANT NAME:** MICHAEL W. CATRETT, ET AL

## APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. A. CLARK MORRIS | DONNIE BETHEL (M. Catrett) |
| | TIM. HALSTROM (P. Catrett) |
| | ~~RICHARD WALDROP (D. Williams)~~ |
| | JOHN POTI (T. Roberts) |
| | ~~MALCOLM NEWMAN (D. Wallace)~~ |
| | CHARLES VERCELLI (L. Cantelli) |
| | PATE DEBARDELEBEN (Amy Lolley) |
| | DANIEL HAMM (C. Michiles) |
| | JAMES R. COOPER (Roy Wallace) |
| | ~~RICHARD KEITH (J. Baumgokin)~~ |
| | JAY LEWIS (S. Pittman) |

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:** NONE.

☑   **PLEA STATUS:** All possible pleas except Deft. Pittman.

☑   **TRIAL STATUS:** Will take 3 days to try case if goes to trial

☐   **REMARKS:**