# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 1:06cr170-WHA** |
| ) | |
| **MICHAEL WAYNE CATRETT** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, MICHAEL WAYNE CATRETT, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 22nd day of December, 2006

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:06cr170-WHA** |
| | ) | |
| **MICHAEL WAYNE CATRETT** | ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                           Respectfully submitted,

                                           s/ Donnie W. Bethel
                                           DONNIE W. BETHEL
                                           Assistant Federal Defender
                                           201 Monroe Street, Suite 407
                                           Montgomery, Alabama 36104
                                           Phone: (334) 834-2099
                                           Fax: (334) 834-0353
                                           E-mail:don_bethel@fd.org
                                           IN Bar Code: 14773-49