IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | CR. NO. 1:06CR170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |

**CONSENT**

I hereby declare my intention to enter a plea of guilty in the above styled case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this 28th Day December, 2006.

X _____
Defendant

_____
Counsel for Defendant