COURTROOM DEPUTY'S MINUTES  
MIDDLE DISTRICT OF ALABAMA

DATE: 12-28-2006  
DIGITAL RECORDING: 10:06 - 10:27 am  
COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT          ☒ CHANGE OF PLEA          ☐ CONSENT PLEA  
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: Coody            DEPUTY CLERK: sql  
CASE NUMBER: 1:06CR170-WHA             DEFENDANT NAME: MICHAEL WAYNE CATRETT  
AUSA: Morris                           DEFENDANT ATTORNEY: Butler  
                                       Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD  
                                       ( ) appointed at arraignment; (✓) standing in for: Bethel

PTSO/USPO: ✓  
Interpreter present? (✓)NO; ( )YES   Name:

☒ This is defendant's FIRST APPEARANCE.  
☒ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.  
☒ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.  
☒ WAIVER OF INDICTMENT executed and filed.  
☒ INFORMATION filed.  
☒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.  

PLEA:    ☐ Not Guilty  
         ☒ Guilty as to:  
             ☒ Count(s): 1ss,     & 3ss  
             ☒ Count(s): 2ss         ☐ dismissed on oral motion of USA  
                                     ☒ to be dismissed at sentencing

☒ Written plea agreement filed   ☐ ORDERED SEALED  
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1ss, ,3ss  
☐ CRIMINAL TERM:                 ☐ WAIVER OF SPEEDY TRIAL filed.  
         DISCOVERY DISCLOSURE DATE:  
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:  
         ☐ Trial on _____; ☐ Sentencing on _____  
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:  
         ☐ Trial on _____; or ☒ Sentencing on _____  
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed  
                   ☐ Defendant requests time to secure new counsel