1:06cr170-WHA
2/1/07

Hi My name is Michael WAYNE Catrett
I had DONNIE Bethel as my lawyer. I'm
currently being housed at prattville Metro Jail
on Jan 2 9:05 lockdown I was jumped
and cut by two Inmates in my
cell. I had to get stickies. I wanted
to press charges on them because they
have done similar in the past to
other inmates. DONNIE Bethel was both
of our Lawyers, he told me he'd have
to get off of both of our cases,
your Honor    please help me if you
will see that I have another atty.
before mid March, I'd like to get my

sentence in March. where I can get

own with my life, where I can get

out of prison, where I can help others

who have drug promblems in there

life,

I would appreciate

any help in this matter from you

your Honor,

Thank you!

Michael Wayne Cottrell

2/1/07