**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                                ) | Case No.: 1:06cr170-WHA |
| ) | |
| MICHAEL WAYNE CATRETT           ) | |

**MOTION TO WITHDRAW AS COUNSEL AND
TO APPOINT SUBSTITUTE COUNSEL**

**COMES NOW** undersigned counsel, Donnie W. Bethel, and moves to withdraw as counsel for defendant on the following ground:

1. A conflict has arisen that requires undersigned counsel to withdraw from further representation of Mr. Catrett.

2. Undersigned counsel requests that on behalf of Mr. Catrett that CJA panel attorney Ben Bruner be appointed to represent him in all further proceedings in this case. Mr. Catrett will not be prejudiced by such a change in counsel at this time.

**WHEREFORE**, based upon the above, undersigned counsel requests that his Motion to Withdraw as Counsel and to Appoint Substitute Counsel for defendant be granted.

Dated this 5th day of February, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 1:06cr170-WHA** |
| ) | |
| **MICHAEL WAYNE CATRETT** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49