IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |

**ORDER**

Now pending before the court is the defendant's pro se motion to appoint counsel (doc. # 343) and defense counsel's motion to withdraw as counsel of record and to appoint Attorney Ben Bruner, a CJA panel attorney, to represent the defendant (doc. # 344). Upon consideration of the motions, and for good cause, it is

ORDERED that the defendant's pro se motion to appoint counsel (doc. # 343) and defense counsel's motion to withdraw as counsel of record (doc. # 344) be and are hereby GRANTED. It is further

ORDERED that the motion to appoint Attorney Ben Bruner, a CJA panel attorney, to represent the defendant (doc. # 344) be and is hereby GRANTED and Attorney Ben Bruner be and is hereby appointed to represent the defendant. Attorney Bruner shall file a notice of appearance with the court.

Done this 5th day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE