IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |

NOTICE OF BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of Title 21, United States Code, Section 846, as alleged in Count 1 of the superseding indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 21, United States Code, Section 853:

> One 2001 Suzuki 600 motorcycle, VIN: JS1GN79AX12100417;
>
> One Ford (New Holland) Tractor, Model 5610 2WD, tractor number 303365M, unit number 5H31B;
>
> One Bush Hog Hydraulic Loader, model number 2845, serial number 12-02179; and,
>
> One 1997 Ford Mustang Convertible, VIN: 1FALP4448VF158853.

Respectfully submitted this 6th day of February, 2007.

```
                        FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY



                         /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Office of the United States Attorney
                        Middle District of Alabama
                        One Court Square, Suite 201 (36104)
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2007, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Donnie Wayne Bethel** and **A. Clark Morris**.

```
                         /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
```