IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 1:06CR170 - WHA |
| MICHAEL WAYNE CATRETT | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, the defendant by and through counsel and gives his notice of appearance as appointed counsel for the defendant in this cause.

Respectfully submitted,

*/s/ Ben E. Bruner*

Ben E. Bruner (BRU 001)
Attorney at Law
505 S. Perry Street
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

**CERTIFICATE OF SERVICE**

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 7 day of February, 2007.

Laura Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

*/s/ Ben E. Bruner*
Ben E. Bruner