IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff;

vs.                            CR. NO. 1:06CR170-WHA

MICHAEL WAYNE CATRETT,
    Defendant.



RECEIVED
2007 MAY 23 A 9: 32
P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### PETITION OF OWNER OF SEIZED PROPERTY FOR RETURN

COMES NOW **MICHAEL WAYNE CATRETT, JR.,** son of the Defendant in the above styled cause, and, pursuant to 21 U.S.C.A. § 853(n)(2), does hereby file a verified petition claiming an interest in that certain personal property to-wit:

>One Ford (New Holland) Tractor, Model 5610 2WD, tractor number 303365M, unit number 5H31B;
>One Bush Hog Hydraulic Loader, model Number 2845, serial number 12-02179;

which is now the subject of a Preliminary Order of Forfeiture, and requests the return of said property which is in nowise the property of the Defendant, MICHAEL WAYNE CATRIETT [Sr.], nor the fruits of any illegal activity.

MICHAEL WAYNE CATRETT, JR., is a 30 year old United States Air Force veteran who is employed by U. S. Helicopter in Ozark, Alabama. He and his wife reside in Ozark, Dale County, Alabama. MICHAEL WAYNE CATRETT, JR., inherited an undivided one half interest in certain real estate in Coffee County, Alabama, together with his sister, from their grandfather, COLEY FRANKLIN CATRETT who died in May, 2003. A copy of that "Deed By Personal Representative"

is attached as Exhibit A. The Petitioner, MICHAEL WAYNE CATRETT, JR., had stored upon this land certain items of personal property including the tractor and loader listed above which were seized by authorities at the time of the arrest of the Petitioner's father.

The tractor and loader were purchased by one James Ray Faircloth from the Elba Ford Tractor Company on August 14, 1996. Attached as Exhibit B and C are the New Holland warranty dated 8/14/96, and Bush Hog warranty dated 8/14/96, from Elba Ford Tractor Company to James Ray Faircloth. James Ray Faircloth sold to Frank Catrett, the grandfather of the Petitioner the tractor and loader on April 3, 2000, for the sum of $16,500. Attached as Exhibit D is an Official Check from The People's Bank of Coffee County dated March 31, 2000, payable to New Holland Credit for $1646.35 for "Payoff", and a "Bill of Sale" from James Ray Faircloth to Frank Catrett dated April 3, 2000, as Exhibit E. Coley Franklin Catrett sold to Michael W. Catrett, Jr. The tractor with loader attached on April 3, 2003. Bill of Sale attached as Exhibit F.

PREMISE considered, the tractor and loader are due to be returned to the Petitioner, forthwith.

Respectfully submitted this the 21st day of May, 2007.

_____
Sydney Albert Smith    ASB-3560-H70S
Attorney for Petitioner
P. O. Drawer 389
Elba, AL 36323
Phone:        334-897-3658
Fax:          334-897-6824
sydneyalbertsmith@charter.net

I, Michael Wayne Catrett, Jr., being under oath and on penalty of perjury, have read and aver that the facts and circumstances contained in this Petition are true and correct to the best of my knowledge and belief, and that the documents attached as exhibits are accurate and true copies of

the copies or originals which are in my possession and are true and correct to the best of my knowledge and belief.

_Michel Wayne Catrett_  5/21/07
Michel Wayne Catrett, Jr.                         Date

Sworn to and subscribed before me the day the same bears date, a Notary Public, by Michael Wayne Catrett, Jr., who is known to me, and avers that the facts and circumstances contained herein are true and correct to the best of his knowledge and belief.

_Dawn DeVane_  5/21/2007
Dawn DeVane                                       Date

My commission expires: 4/3/2011

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff;

vs.                                    CR. NO. 1:06CR170-WHA

MICHAEL WAYNE CATRETT,
    Defendant.

I hereby certify that I have served a copy of the attached Petition for Return of Property on Mr. John T. Harmon, Assistant United States Attorney, Middle District of Alabama, P. O. Box 197, Montgomery, Alabama 36101-0197, by placing same in the United States mail this the ___ day of May, 2007.

                                              _____
                                              Sydney Albert Smith    ASB-3560-H70S
                                              Attorney for Petitioner
                                              P. O. Drawer 389
                                              Elba, AL 36323
                                              Phone:        334-897-3658
                                              Fax:           334-897-6824
                                              sydneyalbertsmith@charter