## DEED BY PERSONAL REPRESENTATIVE

**KNOW ALL MEN BY THESE PRESENTS**, that the Last Will and Testament of *Coley Franklin Catrett*, deceased having been admitted for record in the Probate Court of Coffee County, Enterprise Division and Letters of Testamentary having been granted to *Teresa Catrett Bost*, the Personal Representative named in said Will of *Coley Franklin Catrett*, deceased.

**NOW THEREFORE**, pursuant to the terms of the Last Will and Testament of Coley Franklin Catrett, deceased, to convey said real estate, *Teresa Catrett Bost*, the Personal Representative of the Estate of Coley Franklin Catrett, deceased, does hereby grant and convey unto *Michael Wayne Catrett, Jr.* and *Melissa Jean Sikes* as tenants in common (Grantees), all right, title, interest in the following described real estate situated in Coffee County, Alabama, to-wit:

A lot or parcel of land located in Coffee County, Alabama and being more particularly described as follows: Commencing at SW corner of NE 1/4 of the SW 1/4, S29, T4N, R21E; thence North 4°-15'-02" West, along the West line of said forty 753.53 feet to the point of beginning; thence continue North 4°-15'-02" West along the West line of said forty 1087.57 feet to a point; thence North 85°-44'-58" East 1318.63 feet to a point; thence South 4°-18'-22" East, 1552.26 feet to a point; thence North 74°-51'-30" West 1399.43 feet to a point of beginning. Said property being located in the NE 1/4 of SW 1/4 and SE 1/4 of the NW 1/4, S29, T4N, R21E and containing 40 acres more or less situated; lying and being in the County of Coffee and State of Alabama also; a right of way easement is hereby granted to Grantee, running along the West side of the property. Said easement runs with land and is permanent easement. Subject to 3/4 of all minerals owned by the U.S. Government as recorded in Book 38, page 523, in the Office of the Judge of Probate, Coffee County, Alabama.

**NOTE:** Reference OR Book 5, page 5376

**NOTE:** This deed is given pursuant to the terms of the Last Will and Testament of Coley Franklin Catrett, deceased which has been duly probated in the Office of Probate, Coffee County, Elba, Alabama.

This conveyance is given subjection to all easements, restrictions, rights of ways, mineral and mining rights and other matters found recorded in the Office of Probate, Coffee County, Alabama.

The Preparer of this instrument acted as scrivener only and makes no representations as to warranties as to the title of the above described property.

**TO HAVE AND TO HOLD** said property into said Grantee, his/her heirs and assigns in fee simple forever.

**IN WITNESS WHEREOF**, I *Teresa Catrett Bost*, as Personal Representative of the Estate of Coley Franklin Catrett, deceased, have hereunto caused this instrument to be executed on the 5th day of January, 2004.

P/OFFR 76A 466

|  |  |
|---|---|
|  | THE ESTATE OF COLEY FRANKLIN CATRETT, DECEASED |
| _____<br>Witness | BY *Teresa Catrett Bost*<br>Teresa Catrett Bost<br>Personal Representative |
| _____<br>Witness |  |

STATE OF Arizona  }
COUNTY OF Maricopa  }

I, the undersigned authority, a Notary Public in and for said county and state, hereby certify that **Teresa Catrett Bost**, whose name is signed to the foregoing deed as Personal Representative of the Estate of Coley Franklin Catrett, deceased, and who is known to me, acknowledged before me this day that, being informed of the contents of the foregoing conveyance, she executed the same voluntarily, pursuant to the authority of the Last Will and Testament and the authority and direction of the Probate Court of Coffee County, Alabama, on the day the same bears date.



*Tamara Armstrong-Maass*  1/5/04
Notary Public
My Commission Expires: Jan 31, 2006

OFFICIAL SEAL
TAMARA ARMSTRONG-MAASS
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 31, 2006

This instrument was prepared by:
Jeff W. Kelley
P.O. Box 505
Elba, Alabama 36323
(334) 897-8778