# New Holland Warranty Detail

The warranty period will begin on date of original retail sale or date of original use, whichever is earlier.

- The obligation of Company to the purchaser under this warranty is limited to the repair or replacement of defective parts by an authorized New Holland dealer and will be done free of charge for both parts and labor using genuine New Holland replacement parts. Repair or replacement in accordance with this warranty shall constitute fulfillment of all liabilities of Company and the Selling Dealer in respect to such Products.

- Repairs or replacements will be performed by the Selling Dealer, following delivery of the Product by the purchaser to the Dealer's place of business. When the purchaser has moved a long distance from the Selling Dealer, or the Selling Dealer is no longer in business, any New Holland dealer authorized to sell and service the described Products may perform the repair at its dealership.

- The Selling Dealer shall review these warranty provisions with the purchaser prior to retail sale, secure his acknowledgement of delivery of this warranty and record the date of original retail sale or date of original use.

- To obtain warranty service, the purchaser must (1) report the product defect to an authorized New Holland dealer and request repair within the applicable warranty term and (2) present evidence of the warranty start date.

## WHAT IS NOT COVERED BY THE WARRANTY?

This warranty shall NOT apply under the following conditions:

(i) With respect to vendor warranty items such as Allison transmissions and Deutz, Cummins and Caterpillar engines, or tires, tubes, and attachments which shall be warranted by their manufacturer, or local representative thereof.

(ii) If the unit has been subject to misapplication, abuse, misuse, negligence of proper maintenance or other negligence, fire or other accident.

(iii) If parts or attachments other than those made or marketed by New Holland North America, Inc. or New Holland Canada, Ltd., have been used in connection with the unit, and in the sole judgment of Company such use affects its performance, stability or reliability.

(iv) If the unit has been altered or repaired outside of a New Holland dealership in a manner which, in the sole judgment of Company, affects its performance, stability or reliability.

(v) Batteries are covered by a separate pro rata adjustment warranty. The pro-rata plan covers the battery fully for the basic product warranty period as indicated, with any remaining warranty pro-rated according to the months of service.

(vi) The purchaser shall be responsible for payment of dealer travel time to the machine or to deliver the machine to the dealer's service shop for repair. New Holland warranty does not cover delivery charges or travel time.

(vii) The Company shall have no liability for used equipment sold beyond the specified coverage period.

(viii) No warranty shall apply to damage resulting from accident or damage caused by environment (such as exposure to corrosive material). The Company shall not be responsible for rental equipment used to replace the equipment being repaired.

(ix) This warranty shall NOT apply to normal maintenance services (such as tune-ups, fuel injection system cleaning or wheel, brake and clutch adjustments), to normal replacement of service items (such as filters and brake or clutch linings), or to normal deterioration due to use or exposure (such as belts and exterior finish). New Holland shall not be responsible for normal replacement parts such as cutting knives, chains, belts, clutches, filters, oil, or other parts which are worn out, unless they are determined to be defective in material or workmanship.

(x) This warranty shall NOT apply to any New Holland Product which is retailed or distributed by anyone other than New Holland North America, Inc. or New Holland Canada, Ltd., through its authorized dealers. This warranty shall NOT apply to any Product which is normally operated outside of the United States, and/or Canada.

(xi) This warranty shall NOT apply if the purchaser, insurance company, or any other entity or individual acting on behalf of the purchaser seeks reimbursement for the dollar value of the repair(s) or replacement(s) covered under this warranty.

(xii) If the injection pump has been set for fuel delivery above New Holland specifications.

## RIGHT TO MAKE DESIGN CHANGES

Company reserves the right to make changes in the design and other changes in its products at any time and from time to time without notice and without incurring any obligation with respect to any product previously ordered from it, sold or shipped by it.

