BILL OF SALE

# Bill Of Sale

STATE OF ALABAMA

Coffee COUNTY.

Know all men by these presents, that I/We James Ray Faircloth, in consideration of $16,500.00 Dollars in hand paid by Frank Caine II, the receipt whereof is hereby acknowledged, do hereby bargain, sell and convey unto the said Frank Caine II the following described personal property, to-wit:

Serial # 303365M Ford lengtha 5610S
Bush hog loader model 2845 Serial # 12-02179

And I hereby covenant with the grantee that I am the lawful owner of said property, and that it is free from encumbrances, and that I have a good and valid right to sell the same; that I will warrant and defend the same against the lawful claims of all persons.

Witness my hand this the 3rd day of April, 2000.

_____ L.S.
_____ L.S.
_____ L.S.
_____ L.S.

Witness:
Misha Caircloth