BILL OF SALE

STATE OF ALABAMA )

D A L E    County )

Know all men by these presents, that I
_Coley Franklin Carrett_
_COLEY FRANKLIN CATRETT_ , in consideration of

$ _0. GIFT_ _____ Dollars in hand, and

other considerations thereof, was paid by _MICHAEL W. CATRETT JR._

and in this receipt whereof I hereby acknowledge, and I do hereby

bargain, sell and convey unto the said _TRACTOR_

the following described personal property, to wit:

(Condition) _GOOD_

(Make) _FORD (NEW HOLLAND)_

(Model) _5610 2WD_

(Ser.No.) _TRACTOR # 303365M  UNIT # 5H31B  TRANS # 5FF27_

    And I hereby covenant with the grantee, that I am the lawful
owner of said property and that it is free from encumbrances, and that
I have good and valid right to sell the same; that I will warrant and
defend the same against the lawful claims of all persons.

Witness at my hand this the _2_ day of _APRIL_ , _2003_ .

Witness:

_Robert Johnson_ _____ L.S.

_____ L.S.

_____ L.S.

_____ L.S.