IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Michael Wayne Catrett, Jr.'s Petition for the Return of Seized Property (Doc. #440), filed on May 23, 2007, it is

ORDERED that the Government shall show cause, if any there be, **on or before June 7, 2007** why the petition should not be granted. The petition will be taken under submission on that day for determination without oral hearing.

DONE this 24th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE