IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Petition of Owner of Seized Property (Doc. #440) and the Government's Response to Petition (Doc. #447), it is hereby ORDERED as follows:

The Petitioner, Michael Wayne Catrett, Jr., is given **until June 25, 2007** to respond.

DONE this 13th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE