# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

**PLAINTIFF:** UNITED STATES OF AMERICA

**COURT CASE NUMBER:** 1:06CR170-WHA

**DEFENDANT:** MICHAEL WAYNE CATRETT

**TYPE OF PROCESS:** PRELIMINARY ORDER OF FORFEITURE

**SERVE AT**
- NAME: DEBRA L. DALE
- ADDRESS: 185 MEADOW CREEK DRIVE - WEBB, ALABAMA 36376

RECEIVED 2007 JUN 22 A 8:05 UNITED STATES MARSHALS [...] MIDDLE [...]

**SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:**

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

RETURNED AND FILED
JUL 17 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case:
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

CATS # 07-DEA-482444    Case Agent: Devin Whittle 273-4477

Signature of Attorney: [signed John T. Harmon]
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 06/20/07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
|  |  | 2 | 2 | D. Chaues | 6/22/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks"...

Name and title of individual served: **Rashaad Beyah**

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/6/07    Time: 1322 pm

Signature of U.S. Marshal or Deputy: [signed] 3984

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 35.00 | 111.07 |  |  |  |  |

**REMARKS:** 1 deputy  3 hours  229 miles R/T

PRIOR EDITIONS MAY BE USED                    FORM USM 285 (Rev. 12/15/80)