IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr170-WHA |
| MICHAEL WAYNE CATRETT ) | |

**<u>ORDER</u>**

A status conference was held on this day in regard to the Petition of Owner of Seized Property for Return (Doc. #440), filed by Michael Wayne Catrett, Jr. This is an ancillary proceeding filed pursuant to 21 U.S.C. § 853(n)(2). Following the status conference, and by agreement of the parties, it is hereby ORDERED as follows:

1. This case is set for a pretrial hearing, in chambers in Montgomery, Alabama, on Thursday, October 4, 2007, at 10:00 a.m.

2. The case is set for non-jury trial on Wednesday, October 24, 2007, at 10:00 a.m., in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. There will be no formal discovery, unless pursuant to motion by one of the parties and order of the court.

4. The parties do not request any order as to deadlines, furnishing of witness names and documents, etc., but have agreed that counsel can resolve these matters between themselves.

5. Trial is expected to last no more than two (2) hours.

DONE this 14th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE