```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |

### MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and moves this Court to amend the Preliminary Order of Forfeiture entered April 17, 2007, stating as follows:

1.  The April 17, 2007, Preliminary Order of Forfeiture ordered defendant Michael Wayne Catrett to forfeit his interest in the following property to the United States:

> One 2001 Suzuki 600 motorcycle, VIN: JS1GN79AX12100417;
>
> One Ford (New Holland) Tractor, Model 5610 2WD, tractor number 303365M, unit number 5H31B;
>
> One Bush Hog Hydraulic Loader, model number 2845, serial number 12-02179; and,
>
> One 1997 Ford Mustang Convertible, VIN: 1FALP4448VF158853.

2.  On May 23, 2007, Michael Wayne Catrett, Jr. (Petitioner) filed a third party petition claiming ownership of the following property:

> One Ford (New Holland) Tractor, Model 5610 2WD, tractor number 303365M, unit number 5H31B; and,

       One Bush Hog Hydraulic Loader, model number 2845, serial number 12-02179;

3. The United States and Petitioner have reached an agreement in which the Ford tractor and the Bush Hog loader will be returned to Petitioner's attorney, Sydney Albert Smith. The United States will release the property to Petitioner's attorney at the point of storage.

4. The United States submits that the Preliminary Order of Forfeiture should be amended to reflect only the following property as being forfeited to the United States:

       One 2001 Suzuki 600 motorcycle, VIN: JS1GN79AX12100417;

       One 1997 Ford Mustang Convertible, VIN: 1FALP4448VF158853.

5. A proposed Order is attached.

Respectfully submitted this 24th day of September, 2007.

                    FOR THE UNITED STATES ATTORNEY
                       LEURA G. CANARY

                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Middle District of Alabama
                    131 Clayton Street
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2007, I electronically filed the foregoing Motion to Amend Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney