IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:06cr170-WHA |
| ) | |
| MICHAEL WAYNE CATRETT ) | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the forfeiture allegation of the superseding indictment and the bill of particulars in the above case, the United States sought forfeiture of specific property, and,

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty plea on Count 1 of the superseding indictment, for which the Government sought forfeiture pursuant to Title 21, United States Code, Section 853, the defendant shall forfeit to the United States: any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in count 1 of the superseding indictment.

2. The Court has determined that the following property is subject to forfeiture pursuant to Title 21, United States Code, Section 853; that the defendant had an interest in such property; and, that the United States has established the requisite nexus between such property and such offense:

> One 2001 Suzuki 600 motorcycle, VIN: JS1GN79AX12100417; and,

      One 1997 Ford Mustang Convertible,
      VIN: 1FALP4448VF158853.

  3. The United States Attorney General (or a designee) seized the property pursuant to an Order in accordance with Fed.R.Crim.P. 32.2(b)(3).

  4. The United States Attorney General (or a designee) commenced applicable proceedings to comply with statutes governing third party rights, including giving notice of this Order.

  5. The United States published the Order and its intent to dispose of the property as directed by the United States Attorney General (or a designee).  The United States also, to the extent practicable, provided written notice to all persons known to have an alleged interest in the said property.

  6. Michael Wayne Catrett, Jr. (Petitioner) timely petitioned the court for a hearing to adjudicate the validity of his interest in said Ford (New Holland) Tractor, Model 5610 2WD, tractor number 303365M, unit number 5H31B and said Bush Hog Hydraulic Loader, model number 2845, serial number 12-02179, and for an amendment of the order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(6).

  7. Pursuant to Fed.R.Crim.P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the oral pronouncement of sentence and included in the written judgment in a criminal case.

8.  The United States and Petitioner reached an agreement whereby the United States agreed to release the following property to Petitioner's attorney, Sydney Albert Smith:

>   Ford (New Holland) Tractor, Model 5610 2WD, tractor number 303365M, unit number 5H31B;
>
>   Bush Hog Hydraulic Loader, model number 2845, serial number 12-02179.
>
>   The property shall be released from its point of storage.

9.  The Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

10. IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Amended Order to the United States Attorney's Office.

SO ORDERED this the _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE