IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff;

vs.                              Cr. No. 1:06cr170-WHA

MICHAEL WAYNE CATRETT,
    Defendant.

## MOTION TO DISMISS ANCILLARY PROCEEDING

    COMES now, the Petitioner, **MICHAEL WAYNE CATRETT, JR.**, by and through counsel, Sydney Albert Smith, and moves to **DISMISS** the ancillary proceeding filed pursuant to 21 U.S.C. §853(n)(2) and cites as grounds therefore as follows:

    1. On April 17, 2007, a Preliminary Order of Forfeiture of Property as to Michael Wayne Catrett, father of the Petitioner, Michael Wayne Catrett, Jr., was issued by the Court which forfeited certain property including a tractor and loader.

    2. On May 23, 2007, a Motion for Return of Seized Property concerning the tractor and loader was filed by Michael Wayne Catrett, Jr. Pursuant to 21 U.S.C. §853(n)(2).

    3. On the 24th day of September, 2007, the Government by and through Assistant United States Attorney John T. Harmon, filed a Motion to Amend Preliminary Order of Forfeiture as to the tractor and front end loader announcing a settlement between the Government and the Petitioner whereby the property would be returned to the Petitioner.

    4. On the 25th day of September, 2007, this Honorable Court signed an Amended Preliminary Order of Forfeiture adopting the settlement of the Petitioner and the Government.

    5. The settlement and Order of the Court referenced above renders moot the Petition of

Michael Wayne Catrett, Jr..

 PREMISE considered, this Honorable Court is requested to dismiss the petition as moot.

 Respectfully submitted this the 4th day of October, 2007.

             S/Sydney Albert Smith
             Attorney for Petitioner
             P. O. Drawer 389
             Elba, AL 36323
             Phone: 334-897-3658
             Fax: 334-897-6824
             email: sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2007, I electronically filed the foregoing Motion to Dismiss Ancillary Proceeding with the Clerk of Court using the CM/ECF system with will send notification of such filing to all counsel of record.

             S/Sydney Albert Smith