IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr170-WHA |
| MICHAEL WAYNE CATRETT ) | |

### **ORDER**

Upon consideration of the Motion to Dismiss Ancillary Proceedings (Doc. #468), and it appearing that Michael Wayne Catrett, Jr.'s Motion for Return of Seized Property is now moot, the motion is GRANTED, and it is hereby

ORDERED that this ancillary proceeding is DISMISSED with prejudice, costs taxed as paid.

DONE this 4th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE