# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:06cr170-WHA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICHAEL WAYNE CATRETT | NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

POST OFFICE BOX - POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

RECEIVED 2007 APR 20 P 4:32

RETURNED AND FILED OCT 10 2007

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 07-DEA-482444    07-DEA-482455    07-DEA-482450    PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280
DATE: 4/20/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/5/07
Time: 10:45 am

Signature of U.S. Marshal or Deputy
K. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | ∅ | | | |

REMARKS: Returned Unexecuted - replaced with Amended notice

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO. 1:06cr170-WHA |
| ) | |
| MICHAEL WAYNE CATRETT ) | |

RECEIVED
2007 APR 20 P 4: 33

NOTICE OF FORFEITURE

Notice is hereby given that on April 17, 2007, in the case of United States v. Michael Wayne Catrett, Cr. No. 1:06cr170-WHA, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture condemning and forfeiting the following listed property:

> One 2001 Suzuki 600 motorcycle, VIN: JS1GN79AX12100417;
>
> One Ford (New Holland) Tractor, Model 5610 2WD, tractor number 303365M, unit number 5H31B;
>
> One Bush Hog Hydraulic Loader, model number 2845, serial number 12-02179; and,
>
> One 1997 Ford Mustang Convertible, VIN: 1FALP4448VF158853.

The foregoing Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the above listed property in such manner as the Attorney General of the United States may direct. Any persons or entities, other than the defendant named above, having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Alabama

for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, *United States Code*, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under Section 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. *See* Title 21, *United States Code,* Section 853(n)(3). Corporate persons may only file claims if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the Office of the Clerk, United States District Court for the Middle District of Alabama,

One Church Street, Montgomery, Alabama, 36104, with a copy thereof sent to:

> John T. Harmon
> Assistant United States Attorney
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> (334) 223-7280.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA