```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr170-WHA |
| | ) | |
| MICHAEL WAYNE CATRETT | ) | |

<u>FINAL ORDER OF FORFEITURE</u>

WHEREAS, on September 25, 2007, this Court entered an Preliminary Order of Forfeiture, ordering defendant Michael Wayne Catrett to forfeit the following property to the United States:

One 2001 Suzuki 600 motorcycle, VIN: JS1GN79AX12100417; and,

One 1997 Ford Mustang Convertible, VIN:1FALP4448VF158853.

The United States published notice of this forfeiture in the <u>Montgomery Advertiser</u> newspaper in accordance with the law and as specified in the Amended Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

No timely petition has been filed; and,

The Court finds that defendant Michael Wayne Catrett had an interest in the property subject to forfeiture pursuant to Title 21, United States Code, Section 853. The United States has established the requisite nexus between such property and such offense.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

One 2001 Suzuki 600 motorcycle, VIN: JS1GN79AX12100417; and,

One 1997 Ford Mustang Convertible, VIN: 1FALP4448VF158853.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 6th day of December, 2007.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE