| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

12

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:06CR170-WHA |
|---|---|
| DEFENDANT<br>MICHAEL WAYNE CATRETT | TYPE OF PROCESS<br>NOTICE OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX - POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Box 197
...0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

...ITING SERVICE (Include Business and Alternate Address, All ...OR THREE CONSECUTIVE WEEKS

...EPHONE NUMBER: (334) 223-7280
DATE: 9/27/07

...ITE BELOW THIS LINE
...zed USMS Deputy or Clerk: [signature]
Date: 10/2/07

**Green Card / Return Receipt:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Montgomery Advertiser
P.O. Box 1000
Montgomery, AL 36101-1000
Attn: Legal Ads

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature: X [W. Mynck] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

OCT 2 2 2007

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7002 2410 0002 4887 1756
PS Form 3811, July 1999 - Domestic Return Receipt - 102595-00-M-0952

Catrett
867 Co Rd 227

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/30/07  Time: 12:00 pm
Signature of U.S. Marshal or Deputy: [signature] Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | |

REMARKS: 10/18/07 cm # 7002 2410 0002 4887 1756
Published 10/18, 10/24, 10/31/07
11/30/07 Paid invoice

RETURNED AND FILED
2007 OCT -2 PM... RECEIVED

PRIOR EDITIONS MAY BE USED
DEC - 7 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

FORM USM 285 (Rev. 12/15/80)

# ADVERTISING ORDER

| ORDER NUMBER | Catrett |
|---|---|

| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | DATE |
|---|---|
| U. S. Department of Justice, U. S. Marshals Service | 10/12/2007 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts.

It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

**NAME OF THE PUBLICATION ADVERTISED IN**
Notice of Forfeiture

**SUBJECT OF ADVERTISEMENT**
Notice of Forfeiture

**EDITION OF PAPER ADVERTISEMENT APPEARED**

**DATE(s) ADVERTISEMENT APPEARED** October 18, October 24, October 31, 2007

**AUTHORITY TO ADVERTISE**

NUMBER

DATE

SIGNATURE OF AUTHORIZING OFFICIAL: *David J. [signature]* Chief Deputy

TITLE: U. S. Marshal

DATE

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher.

The following is a sample of solid line advertisement; set up in accordance with the usual Government requirements.

> DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher.

Submit the voucher and a copy of the printed advertisement to:

> U.S. Marshals Service
> One Church St., Suite A-100
> Montgomery, AL 36104

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

*Betty Dennis [signature]*

MY COMMISSION EXPIRES 11/06/2010

11-14-07

---

**[Newspaper clipping - Today's Legal 2400:]**

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION UNITED STATES OF AMERICA, CR. NO. 1:06cr170-WHA, MICHAEL WAYNE CATRETT NOTICE OF FORFEITURE Notice is hereby given that on September 25, 2007, in the case of United States v. Michael Wayne Catrett, Cr. No. 1:06cr170-WHA, the United States District Court for the Middle District of Alabama entered an Amended Preliminary Order of Forfeiture condemning and forfeiting the following listed property: One 2001 Suzuki 600 motorcycle, VIN: JS1GN79AX121100417; and, One 1997 Ford Mustang Convertible, VIN: 1FALP4448VF158663. The foregoing Amended Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the above listed property in such manner as the Attorney General of the United States may direct. Any persons or entities, other than the defendant named above, having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Alabama for a hearing to adjudicate the validity of his/her alleged interest in the property, pursuant to Title 21, United States Code, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury.

Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under Section 853(n) shall be subject to dismissal without a hearing. The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the petitioner's right, title or interest in each such property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. See Title 21, United States Code, Section 853(n)(3). Corporate persons may only file claims if represented by counsel. A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing. Your petition must be filed with the Office of the Clerk, United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama, 36104, with a copy thereof sent to: John T. Harmon, Assistant United States Attorney, Office of the United States Attorney, Middle District of Alabama, 131 Clayton Street, Post Office Box 197, Montgomery, Alabama 36101-0197, (334) 223-7280. IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST

IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT
OF ALABAMA
Mont.Adv. 10/18 10/24 10/31/07
759173